636 A.2d 515

RAYMOND ARTHUR ABBOTT, ET AL.
v. FRED B. BURKE, ETC., ET AL.

October 4, 1993.

ORDER

Certification is granted.